# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KENNETH WESLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALON MANAGEMENT XXII, LLC, ) <br> ) <br> Defendant. ) | Case No. 4:20-cv-00792-BP |

## CLERK'S ORDER OF DISMISSAL

On the 24th of September 2021, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: September 24, 2021